**FILED**

JAN 2 2 2007

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN TWU,<br>    Plaintiff,<br><br>V.<br><br>EVERGRASS INTERNATIONL,<br>    Defendants. | Case No. CV-06-6214-JF<br><br>ORDER TO SHOW CAUSE RE:<br>DISMISSAL |

The above named matter came regularly for a case management conference hearing before the Honorable Jeremy Fogel in Courtroom 3, on January 12, 2007 at 10:30 a.m. No appearance was made by Plaintiff. The Court hereby issues an ORDER TO SHOW CAUSE to be heard on February 16, 2007 at 10:30 a.m. as to why this action should not be dismissed for failure to prosecute. If Plaintiff does not file a response to the ORDER TO SHOW CAUSE by February 9, 2007, demonstrating why the case should not be dismissed, the Court will dismiss the action with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

Date: January 17, 2007

JEREMY FOGEL
United States District Judge